**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. CR-92-0403 MMC

12          Plaintiff,                            **ORDER GRANTING GOVERNMENT'S
                                                  REQUEST TO CONSIDER ITS
13   v.                                           OPPOSITION TO DEFENDANT'S
                                                  MOTION FOR RECONSIDERATION;
14   RAFAEL CORNEJO,                              EXTENDING DEADLINE FOR
                                                  DEFENDANT TO FILE REPLY**
15          Defendant
                                          /
16

17          Before the Court is defendant Rafael Cornejo's "Motion Seeking Reconsideration

18   and Relief, Pursuant to Fed. R. Civ. P. Rule 60(b)(6), of Previously Denied Protected

19   Consitutional Claims," filed November 16, 2009.  On January 28, 2010, defendant filed a

20   "reply," correctly noting therein that the government had not filed opposition to the instant

21   motion by January 15, 2010, the deadline set forth in the Court's order of December 11,

22   2009.  On January 29, 2010, the government filed its opposition to the instant motion, and

23   requests therein that the Court consider the opposition despite its untimeliness.

24          The government fails to explain in any detail the reason(s) it could not have filed its

25   opposition by January 15, 2010.  Nonetheless, the Court will exercise its discretion to

26   consider the opposition because the government has raised therein the issue of the Court's

27   subject matter jurisdiction to consider the instant motion, and the issue of subject matter

28   jurisdiction cannot be waived by a party.  See United States v. Cotton, 525 U.S. 625, 630

1   (2002) (holding "subject matter jurisdiction, because it involves a court's power to hear a

2   case, can never be forfeited or waived").  In particular, by arguing that the instant motion is

3   "precluded by the successive petition rules," (see Pl.'s Opp. at 2:26-27), the government

4   has raised a jurisdictional challenge to the Court's consideration of the merits of the instant

5   motion.  See United States v. Allen, 157 F.3d 661, 664 (9th Cir. 1998) (holding district court

6   lacks jurisdiction to consider merits of claim for relief under 28 U.S.C. § 2255 where claim is

7   "successive").

8          Accordingly, the government's request that the Court consider its opposition is

9   hereby GRANTED.

10         In light of the above finding, the deadline for defendant to file a reply to the

11   opposition is hereby EXTENDED to March 1, 2010.

12         **IT IS SO ORDERED.**

13

14   Dated:  February 3, 2010

15                                             MAXINE M. CHESNEY
                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2