IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-92-0403 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S SECOND MOTION FOR RECONSIDERATION** |
| v. | |
| RAFAEL CORNEJO, | |
| Defendant / | |

The Court is in receipt of defendant Rafael Cornejo's "Motion Clarifying Presented Issue and Requesting Reconsideration of Previous Order of Denial," filed March 11, 2010. By the instant motion, defendant seeks reconsideration of this Court's Order of February 25, 2010, by which this Court denied defendant's motion for reconsideration of an order filed January 16, 2001 by the Honorable Thelton E. Henderson, to whom the case initially was assigned. In other words, defendant seeks reconsideration of an order denying reconsideration.

The Court having read and considered the instant motion, said motion is hereby DENIED, for the reason that defendant has failed to identify any cognizable basis for reconsideration of the Court's February 25, 2010 order.

**IT IS SO ORDERED.**

Dated: March 26, 2010

MAXINE M. CHESNEY
United States District Judge